IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:24-CR-129-P |
| KALEB LAYNE NIX (01) | |

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

        Respectfully submitted,

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY


        *s/ Aisha Saleem*
        AISHA SALEEM
        Assistant United States Attorney
        Texas State Bar No. 00786218
        801 Cherry Street, Suite 1700
        Fort Worth, Texas, 76102
        Telephone:   817-252-5200
        Facsimile:    817-252-5455
        Email: Aisha.Saleem@usdoj.gov


## CERTIFICATE OF SERVICE

     I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.


        *s/ Aisha Saleem*
        AISHA SALEEM
        Assistant United States Attorney